165 A.3d 466

**LOMAX**

v.

**GRAHAM**

**Pet. Docket No. 100, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 140, Sept. Term, 2015).

Petition for writ of certiorari denied

■

165 A.3d 466

**LONG**

v.

**DRISCOLL**

**Pet. Docket No. 85, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Dismissed by the Court of Special Appeals (No. 810, Sept. Term, 2016).

Petition for writ of certiorari dismissed